U.S. Bank National Association, Trustee, Appellant,
*v.* Perry et al., Appellees.

[Cite as *U.S. Bank Natl. Assn. v. Perry,*
134 Ohio St.3d 328, 2012-Ohio-5497.]

(No. 2011–0170—Submitted December 4, 2012—Decided December 5, 2012.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Fed. Home Loan Mtge. Corp. v. Schwartzwald,* 134 Ohio St.3d 13, 2012-Ohio-5017, 979 N.E.2d 1214.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

Thompson Hine, L.L.P., Scott A. King, and Terry W. Posey Jr., for appellant.

Zashin & Rich Co., L.P.A., and Lawrence J. Rich, for appellees, Dorothy Perry and Worley Perry.

Legal Aid Society of Cleveland, Howard Strain, and Harold L. Williams; and Southeastern Ohio Legal Services and Peggy P. Lee, urging affirmance for amici curiae Legal Aid Society of Cleveland and Southeastern Ohio Legal Services.